NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-7014

WILLIAM A. WADSWORTH,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-639, Judge Mary J. Schoelen.

ON MOTION

## O R D E R

Upon consideration of the appellant's motion for an extension of time to file his opening brief,

IT IS ORDERED THAT:

The motion is granted. The brief is due within 21 days of the date of filing of this order.

FOR THE COURT

JAN 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: William A. Wadsworth (informal brief form and entry of appearance form enclosed)
Kenneth D. Woodrow, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK